12405

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

CHRISTIAN DAIGRE,         )
                                    )

               Plaintiff,    )
                                    )       Case No.: 14 CV 1980

     v.                      )
                                    )       Judge: Elaine Bucklo

MEL DAVIS, Chief of Police of the   )
Village of Robbins, in his individual   )       Magistrate Judge Finnegan
and official capacities, TYRONE WARD, )
Mayor of the Village of Robbins, in his )
individual and official capacities, JAMES E. )
COFFEY, SR., Village of Robbins Trustee, )      JURY TRIAL DEMANDED
in his individual and official capacities,  )
DAVID BRYANT, Village of Robbins   )
Trustee, in his individual and official   )
capacities, ILA DAVIS, Village of Robbins )
Trustee, in her individual and official   )
capacities, LENNY JOHNSON, Village of )
Robbins Trustee, in his individual and  )
official capacities, SHANTIEL SIMON,  )
Village of Robbins Trustee, in his      )
individual and official capacities, and   )
CHANEL KELLY, Village of Robbins   )
Trustee, in her individual and official   )
capacities, ERNESTINE BECK-FULGHAM)
Village Administrator, in her individual and )
official capacities, andthe VILLAGE OF )
ROBBINS, ILLINOIS,           )
                                    )

              Defendants.  )

## AFFIDAVIT OF CHRISTIAN DAIGRE

I, Christian Daigre, do depose, state and attest to the following facts which are

within my personal knowledge:

    1.    I am the Plaintiff in the above-referenced litigation.

    2.    With respect to the following corporate entities:



DEFENDANT'S
EXHIBIT
C

Blumberg No. 5116

1

CONFIDENTIAL AND FOR ATTORNEYS EYES ONLY      2198

    a)     SDG Investigations, Inc.;

    b)     SDG Solutions, Inc.;

    c)     SDG Global, Inc. Indiana; and

    d)     SDG Investigations, Inc. Indiana,

I was the President of SDG Investigations, Inc. in 2012.

3.     In 2013 and 2014, I was not the President of SDG Investigations, Inc., nor was I the CEO or owner of that corporation.

4.     In 2012-2014, I was not the President, CEO or owner of SDG Solutions, Inc. I had no corporate involvement with this organization as evidenced by the K-1 statements from my personal tax returns for these tax years that were previously produced to the Defendants in discovery.

5.     SDG Global, Inc. – Indiana is not a separate corporate entity for purposes of filing federal tax returns as SDG Global, Inc. and SDG Global, Inc. – Indiana have the same federal employer identification number ("FEIN") of 27-4554722. I previously produced to the Defendants the federal tax returns for SDG Global, Inc. for 2012-2014.

6.     The corporation name of "SDG Global, Inc. – Indiana" was created to obtain the required license from the State of Indiana and allow SDG Global, Inc. to legally operate its business of conducting security and investigative work in the State of Indiana.

7.     SDG Investigations, Inc. – Indiana is not a separate corporate entity for purposes of filing federal tax returns as SDG Investigations, Inc. and SDG Investigations, Inc. – Indiana have the same federal employer identification number ("FEIN") of 20-5329426. I have produced to the Defendants the federal tax returns for SDG

CONFIDENTIAL

2

Investigations, Inc. for 2012, the only year in which I was President, CEO and/or corporate owner of SDG Investigations, Inc.

8.      The corporation name of "SDG Investigations, Inc. – Indiana" was created to obtain the required license from the State of Indiana and allow SDG Investigations, Inc. to legally operate its business of conducting security and investigative work in the State of Indiana.

I, Christian Daigre, declare under penalty of perjury and the other penalties imposed by 28 U.S.C. § 1746 that the foregoing is true and correct.

Christian Daigre

Dated: July 22, 2016

CONFIDENTIAL

3

CONFIDENTIAL AND FOR ATTORNEYS EYES ONLY

2200